THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* AMERICAN COTTON EXCHANGE, Appellant, Impleaded with Others.

*Crimes — maintaining " bucket shop "— judgment of conviction affirmed.*

People v. *American Cotton Exchange,* 204 App. Div. 870, affirmed.

(Argued April 30, 1923; decided May 29, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 24, 1922, which affirmed a judgment of the New York County Criminal Trial Term rendered upon a verdict convicting the defendant, appellant, of the crime of maintaining a " bucket shop " in violation of sections 390 and 394 of the Penal Law.

*Albert Massey* for appellant.

*Joab H. Banton, District Attorney (John Caldwell Myers* and *Hugo Wintner* of counsel), for respondent.

Judgment affirmed under provision of section 542 of Code of Criminal Procedure; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN and CRANE, JJ. Absent: ANDREWS, J.